# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                     Case Number 08-35772 JHW

Debtor: Timothy M. Myers

| Check Number | Creditor | Amount |
|---|---|---|
| 1722028 | Barclays Capital Real Estate, Inc. | 1965.77 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   March 15, 2011