UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:            Case Number 08-35772 JHW

Debtor: Timothy M. Myers

| Check Number | Creditor | Amount |
|---|---|---|
| 1722027 | Barclays Capital Real Estate, Inc. | 4001.23 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 15, 2011